## **RULE 7.1.1 STATEMENT**

Pursuant to Delaware Local Rule of Civil Practice and Procedure 7.1.1, the undersigned hereby certifies that on October 11, 2019, counsel for Appellants and Appellees, including Delaware counsel for both sides, met and conferred via telephone with respect to Appellants' Motion for A Stay Pending Appeal of the Bankruptcy Court's Order Compelling Continuation of the Joint Monetization Process (the "Motion for Stay"). The parties were unable to reach an agreement with respect to the matters set forth in the Motion to Stay.

Dated: October 15, 2019

/s/ Norman L. Pernick