# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ZOHAR III, CORP., *et al.*,[1]<br><br>      *Debtors*.<br><br><br>LYNN TILTON, *et al.*,<br><br>      *Appellants*,<br>v.<br>ZOHAR III, CORP., *et al.*,<br><br>      *Appellees*. | Chapter 11<br>Bankruptcy Case No. 18-10512 (KBO)<br>(Jointly Administered)<br><br><br><br><br>Case No. 19-1874 (MN) |

## PATRIARCH'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 8012 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Pursuant to Rule 8012 of the Federal Rules of Bankruptcy Procedure, Appellants Lynn Tilton and the Patriarch Stakeholders[2] (collectively, "Patriarch") state as follows:

1. No corporation owns, either directly or indirectly, 10% or more of the equity interests in Ark Angels, LLC.

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number, are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261) ("Zohar III"), Zohar II 2005-1, Limited (8297) ("Zohar II"), and Zohar CDO 2003-1, Limited (5119) ("Zohar I," and together with Zohar II and Zohar III, the "Zohar Funds"). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

[2] The Patriarch Stakeholders are the parties listed in Exhibit B to the Bankruptcy Court's order adopting the Settlement Agreement, see Bankr. Case. No. 18-BK-10512-KBO, D.I. 266 at Ex. B. Specifically, the Patriarch Stakeholders are the Ark Entities (including Ark Angels, LLC; Ark Angels II, LLC; Ark Angels III, LLC; Ark Angels VIII, LLC; Ark Investment Partners II, LP; Ark II CLO 2001-1, Ltd.); LD Investments, LLC; Lynn Tilton; the Octaluna LLC Entities (including Octaluna LLC; Octaluna II, LLC; Octaluna III, LLC); the Patriarch Partners Entities (including Patriarch Partners, LLC; Patriarch Partners VIII, LLC; Patriarch Partners XIV, LLC; Patriarch Partners XV, LLC); Patriarch Partners Management Group, LLC (PPMG); Patriarch Partners Agency Services, LLC (PPAS); and Zohar Holdings, LLC.

2

2. The following corporation owns, either directly or indirectly, 10% or more of the equity interests in Ark Angels II LLC:  Ark II CLO 2001-1, Ltd.

3. The following corporation owns, either directly or indirectly, 10% or more of the equity interests in Ark Angels III, LLC:  Angels of Light Holding LLC.

4. The following corporation owns, either directly or indirectly, 10% or more of the equity interests in Ark Angels VIII, LLC:  Angels of Light Holdings, LLC.

5. The following corporation owns, either directly or indirectly, 10% or more of the equity interests in Ark Investment Partners II LP:  Patriarch Partners III LLC.

6. No corporation owns, directly or indirectly, 10% or more of the equity interests of Ark II CLO 2001-1 Ltd.

7. No corporation owns, either directly or indirectly, 10% or more of the equity interests in LD Investments, LLC.

8. The following corporations own, either directly or indirectly, 10% or more of the equity interests in Octaluna, LLC:  Patriarch Partners VIII, LLC and Zohar Holding, LLC.

9. The following corporations own, either directly or indirectly, 10% or more of the equity interests in Octaluna II, LLC:  Ark Angels III, LLC; Ark II CLO 2000-1 Ltd; Ark I CLO 2000-1 Ltd; Patriarch Partners XIV, LLC; and Zohar Holdings, LLC.

10. The following corporations own, either directly or indirectly, 10% or more of the equity interests in Octaluna III, LLC:  Patriarch Partners XV, LLC; Phoenix VIII, LLC, Ark II CLO 2001-1, Ltd.; and Zohar Holdings, LLC.

11. The following corporation owns, either directly or indirectly, 10% or more of the equity interests in Patriarch Partners, LLC:  LD Investments, LLC.

57772/0001-17967991v1

12. The following corporation owns, either directly or indirectly, 10% or more of the equity interests in Patriarch Partners VIII, LLC:  Zohar Holdings, LLC.

13. The following corporation owns, either directly or indirectly, 10% or more of the equity interests in Patriarch Partners XIV, LLC:  Zohar Holdings, LLC.

14. The following corporation owns, either directly or indirectly, 10% or more of the equity interests in Patriarch Partners XV, LLC:  Zohar Holdings, LLC.

15. The following corporation owns, either directly or indirectly, 10% or more of the equity interests in Patriarch Partners Management Group, LLC:  Zohar Holdings, LLC.

16. The following corporation owns, directly or indirectly, 10% or more of the equity interests of Patriarch Partners Agency Services, LLC:  LD Investments, LLC.

17. No corporation owns, directly or indirectly, 10% or more of the equity interests of Zohar Holdings, LLC.

Dated: October 15, 2019
       Wilmington, Delaware

    Respectfully submitted,

    By: */s/ Norman L. Pernick*

    **COLE SCHOTZ P.C.**
    Norman L. Pernick (No. 2290)
    G. David Dean (No. 6403)
    Patrick J. Reilley (No. 4451)
    500 Delaware Avenue, Suite 1410
    Wilmington, DE 19801
    Telephone: (302) 652-3131
    Facsimile: (302) 652-3117
    npernick@coleschotz.com
    ddean@coleschotz.com
    preilley@coleschotz.com

    – and –

**GIBSON, DUNN & CRUTCHER LLP**
Randy M. Mastro (*Pro Hac Vice Pending*)
Mary Beth Maloney (*Pro Hac Vice Pending*)
Akiva Shapiro (*Pro Hac Vice Pending*)
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-2315
Facsimile: (212) 351-6315
rmastro@gibsondunn.com
mmaloney@gibsondunn.com
ashapiro@gibsondunn.com

Robert Klyman, Esquire (*Pro Hac Vice Pending*)
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7562
Facsimile: (213) 229-6562
rklyman@gibsondunn.com

Monica K. Loseman (*Pro Hac Vice Pending*)
1801 California Street, Suite 4200
Denver, CO 80202-2642
Telephone: (303) 298-5784
Facsimile: (303) 313-2828
mloseman@gibsondunn.com

*Counsel to Appellants Lynn Tilton and the Patriarch Stakeholders*