# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Zohar III, Corp., *et al.*,<br>　　　　　　　Debtors.<br><br>LYNN TILTON, *et al.*,<br>　　　　　　　Appellants,<br>　　　v.<br><br>ZOHAR III, CORP., *et al.*,<br>　　　　　　　Appellees. | Chapter 11<br><br>Bankruptcy Case No. 18-10512 (KBO)<br><br>Jointly Administered<br><br><br>Case No. 19-cv-1874 (MN) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

　　　　Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Robert Klyman, Esquire of Gibson, Dunn & Crutcher LLP to represent Lynn Tilton, Ark Angels, LLC, Ark Angels II, LLC, Ark Angels III, LLC, Ark Angels VIII, LLC, Ark Investment Partners II, LP, Ark II CLO 2001-1, Ltd., LD Investments, LLC, Octaluna LLC, Octaluna II, LLC, Octaluna III, LLC, Patriarch Partners, LLC, Patriarch Partners VIII, LLC, Patriarch Partners, XIV, LLC, Patriarch Partners XV, LLC, Patriarch Partners Management Group, LLC, Patriarch Partners Agency Services, LLC, and Zohar Holdings, LLC in the above-captioned case.

　　　　　　　　　　　　　　　　　　　　　*/s/ Norman L. Pernick*
　　　　　　　　　　　　　　　　　　　　　Norman L. Pernick (No. 2290)
　　　　　　　　　　　　　　　　　　　　　COLE SCHOTZ P.C.
　　　　　　　　　　　　　　　　　　　　　500 Delaware Avenue, Suite 1410
　　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware  19801
　　　　　　　　　　　　　　　　　　　　　Telephone: (302) 652-3131
　　　　　　　　　　　　　　　　　　　　　npernick@coleschotz.com

Dated: October 15, 2019　　　　　　　　　　*Counsel to Appellants Lynn Tilton and the Patriarch Stakeholders*

## ORDER GRANTING MOTION

　　　　IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.


Dated: October ____, 2019　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　The Honorable Maryellen Noreika
　　　　　　　　　　　　　　　　　　　　　United States District Judge

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund revised August 31, 2016, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ■ to the Clerk's Office upon the filing of this motion.

Dated: October 15, 2019               */s/ Robert Klyman*
                                       Robert Klyman, Esquire
                                       GIBSON, DUNN & CRUTCHER LLP
                                       333 South Grand Avenue
                                       Los Angeles, CA 90071
                                       Telephone: (213) 229-7000
                                       rklyman@gibsondunn.com