# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Zohar III, Corp., *et al.*, | Bankruptcy Case No. 18-10512 (KBO) |
| Debtors. | Jointly Administered |
| LYNN TILTON, *et al.*, | |
| Appellants, | Case No. 19-cv-1874 (MN) |
| v. | |
| ZOHAR III, CORP., *et al.*, | |
| Appellees. | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Randy M. Mastro, Esquire of Gibson, Dunn & Crutcher LLP to represent Lynn Tilton, Ark Angels, LLC, Ark Angels II, LLC, Ark Angels III, LLC, Ark Angels VIII, LLC, Ark Investment Partners II, LP, Ark II CLO 2001-1, Ltd., LD Investments, LLC, Octaluna LLC, Octaluna II, LLC, Octaluna III, LLC, Patriarch Partners, LLC, Patriarch Partners VIII, LLC, Patriarch Partners, XIV, LLC, Patriarch Partners XV, LLC, Patriarch Partners Management Group, LLC, Patriarch Partners Agency Services, LLC, and Zohar Holdings, LLC in the above-captioned case.

*/s/ Norman L. Pernick*

Norman L. Pernick (No. 2290)
COLE SCHOTZ P.C.
500 Delaware Avenue, Suite 1410
Wilmington, Delaware  19801
Telephone: (302) 652-3131
npernick@coleschotz.com

Dated: October 15, 2019

*Counsel to Appellants Lynn Tilton and the Patriarch Stakeholders*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: October _____, 2019

_____
The Honorable Maryellen Noreika
United States District Judge

57772/0001-17934495v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

       Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of New Jersey and New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund revised August 31, 2016, I further certify that the annual fee of $25.00 has been paid □ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ■ to the Clerk's Office upon the filing of this motion.

Dated: October 15, 2019
                               */s/ Randy M. Mastro*

                               Randy M. Mastro, Esquire
                               GIBSON, DUNN & CRUTCHER LLP
                               200 Park Avenue
                               New York, NY 10166-0193
                               Telephone: (212) 351-4000
                               rmastro@gibsondunn.com