**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Zohar III, Corp., *et al.*,[1] | ) | Case No. 18-10512 (KBO) |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |
|  | ) |  |
| Lynn Tilton, *et al.*, | ) | Case No. 19-1874 (MN) |
|  | ) |  |
| Appellants, | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| Zohar III, Corp., *et al.*, | ) |  |
|  | ) |  |
| Appellees. | ) |  |

## <u>STIPULATION AND ORDER</u>

WHEREAS, on September 27, 2019, the Bankruptcy Court for the District of Delaware entered the *Order (A) Implementing the Terms of the Settlement Agreement and (B) Resolving Dispute Over Monetization Process, Pursuant to Paragraph 11 of the Settlement Agreement* (the "<u>Order</u>") [Bankr. Docket No. 974];

WHEREAS, on October 4, 2019, appellants Lynn Tilton and the Patriarch Stakeholders (collectively, the "<u>Appellants</u>") filed a *Notice of Appeal* [Docket No. 1] concerning the Order;

WHEREAS, on October 15, 2019, the Appellants filed the *Appellants' Motion for a Stay Pending Appeal of the Bankruptcy Court's Order Compelling Continuation of the Joint Monetization Process* (the "<u>Motion</u>") [Docket No. 4]; and

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119).  The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

WHEREAS, the parties have conferred and have agreed to the briefing schedule on the Motion set forth below.

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of this Court, that the briefing schedule for the Motion will be as follows:

1.      The Appellees' response to the Motion shall be filed and served on or before October 29, 2019.

2.      The Appellants' reply in support of the Motion shall be filed and served on or before November 5, 2019.

*Remainder of the page intentionally left blank*

Dated: October 21, 2019
          Wilmington, Delaware

COLE SCHOTZ P.C.

*/s/ G. David Dean*_____
Norman L. Pernick (2290)
G. David Dean (No. 6403)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
npernick@coleschotz.com
ddean@coleschotz.com
preilley@coleschotz.com

- and -

GIBSON, DUNN & CRUTCHER LLP
Randy M. Mastro (Pro Hac Vice pending)
Mary Beth Maloney (Pro Hac Vice pending)
Akiva Shapiro (Pro Hac Vice pending)
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
rmastro@gibsondunn.com
mmaloney@gibsondunn.com
ashapiro@gibsondunn.com

Robert Klyman (Pro Hac Vice pending)
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-70520
rklyman@gibsondunn.com

*Counsel to the Appellants*

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

*/s/ Michael S. Neiburg*_____
James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Michael R. Nestor (No. 3526)
Joseph M. Barry (No. 4421)
Ryan M. Bartley (No. 4985)
Michael S. Neiburg (No. 5275)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel to the Appellees*

SO ORDERED, this _____ day of October, 2019.

_____
United States District Judge