# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ZOHAR III, CORP., *et al.*,[1]<br><br>　　　　　　　　　　Debtors | Chapter 11<br><br>Case No. 18-10512 (KBO) |
| LYNN TILTON, *et. al.*,<br><br>　　　　　　　　　　Appellants,<br><br>　　　v.<br><br>ZOHAR III, CORP., *et. al.*<br><br>　　　　　　　　　　Appellees. | Case No. 19-1874 (MN) |

## CERTIFICATE OF SERVICE

I, Laura Davis Jones, hereby certify that on the 29th day of October, 2019, I caused a copy of the following document(s) to be served on the individual(s) on the attached service list(s) in the manner indicated:

**Motion of MBIA Insurance Corporation for Leave to Intervene as Appellee Pursuant to Rule 8013(g) of the Federal Rules of Bankruptcy Procedure**

　　　　　　　　　　　　　　　　　　*/s/ Laura Davis Jones*
　　　　　　　　　　　　　　　　　　Laura Davis Jones (DE Bar No. 2436)

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number, are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

Zohar – Service List re Monetization Appeal
Case No. 19-1874 (MN)
Doc. No. 226033
02 – Hand Delivery
03 – First Class Mail

**Hand Delivery**
(Counsel to the Debtors/Appellees)
James L. Patton, Jr., Esquire
Robert S. Brady, Esquire
Michael R. Nestor, Esquire
Joseph M. Barry, Esquire
Ryan M. Bartley, Esquire
Michael S. Neiburg, Esquire
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 N. King Street
Wilmington, DE  19801

**Hand Delivery**
(Counsel to Patriarch Entities/Appellants)
Norman L. Pernick, Esquire
G. David Dean, Esquire
Patrick J. Reilley, Esquire
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801

**First Class Mail**
(Counsel to Patriarch Entities/Appellants)
Robert Klyman, Esquire
Gibson, Dunn & Crutcher LLP
333 S. Grand Avenue
Los Angeles, CA  90071-3197

**First Class Mail**
(Counsel to Patriarch Entities/Appellants)
Randy M. Mastro, Esquire
Mary Beth Maloney, Esquire
Akiva Shapiro, Esquire
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY  10166-0193

**First Class Mail**
(Counsel to Patriarch Entities/Appellants)
Monica K. Loseman, Esquire
Gibson, Dunn & Crutcher LLP
1801 California Street, Suite 4200
Denver, CO  80202-2642

DOCS_DE:226033.1 53730/001