IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ZOHAR III, CORP., *et al.*,[1]<br><br>　　　　　　　　　Debtors<br><br>LYNN TILTON, *et. al.*,<br><br>　　　　　　　　　Appellants,<br><br>　　v.<br><br>ZOHAR III, CORP., *et. al.*<br><br>　　　　　　　　　Appellees. | Chapter 11<br><br>Case No. 18-10512 (KBO)<br><br><br>Case No. 19-1874 (MN) |

**MBIA INSURANCE CORPORATION'S DISCLOSURE STATEMENT PURSUANT TO RULE 8012 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

　　　　　　Pursuant to Rule 8012 of the Federal Rules of Bankruptcy Procedure, MBIA Insurance Corporation ("MBIA"), by and through its counsel, hereby discloses that MBIA is a wholly-owned subsidiary of MBIA Inc. MBIA Inc. is a publicly-held corporation whose shares are traded on the New York Stock Exchange. No publicly-held corporation owns more than 10% of the shares of MBIA Inc. MBIA Insurance Corporation is not a publicly-held corporation.

---

[1] The Debtors, and, where applicable, the last four digits of their taxpayer identification number, are as follows: Zohar III, Corp. (9612), Zohar II 2005-1, Corp. (4059), Zohar CDO 2003-1, Corp. (3724), Zohar III, Limited (9261), Zohar II 2005-1, Limited (8297), and Zohar CDO 2003-1, Limited (5119). The Debtors' address is 3 Times Square, c/o FTI Consulting, Inc., New York, NY 10036.

Dated: October 30, 2019
Wilmington, Delaware

        PACHULSKI STANG ZIEHL & JONES LLP

        */s/ Laura Davis Jones*
        Laura Davis Jones (Bar No. 2436)
        Timothy P. Cairns (Bar No. 4228)
        919 N. Market Street, 17th Floor
        P.O. Box 8705
        Wilmington, DE 19899-8705 (Courier 19801)
        Telephone: (302) 652-4100
        Facsimile: (302) 652-4400
        Email: ljones@pszjlaw.com
              tcairns@pszjlaw.com

        and

        CADWALADER, WICKERSHAM & TAFT LLP
        Gregory Petrick
        Jonathan M. Hoff
        Ingrid Bagby
        Michele Maman
        200 Liberty Street
        New York, NY 10281
        Telephone: (212) 504-6000
        Facsimile: (212) 504-6666
        Email: gregory.petrick@cwt.com
               jonathan.hoff@cwt.com
               ingrid.bagby@cwt.com
               michele.maman@cwt.com

        *Counsel to MBIA Insurance Corporation*