IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: ZOHAR III, CORP., et al. | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Case No. 18-10512 (KBO) |
| | ) | |
| LYNN TILTON, et al., | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | C.A. No. 19-1874 (MN) |
| | ) | |
| ZOHAR III, CORP., et al., | ) | |
| | ) | |
| Appellees. | ) | |

## ORDER

WHEREAS, on November 7, 2019, Chief Magistrate Judge Mary Pat Thynge issued a Recommendation (D.I 34) recommending that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court;

WHEREAS, no objections to the Recommendation are anticipated because the Recommendation is consistent with the parties' request (D.I. 34 at 2); and

WHEREAS, the Court does not find the Recommendation to be clearly erroneous or contrary to law.

THEREFORE, IT IS HEREBY ORDERED this 8th day of November 2019 that the Recommendation is ADOPTED and this matter is withdrawn from the mandatory referral for mediation.

IT IS FURTHER ORDERED that the Court ADOPTS and ORDERS the following briefing schedule purposed by the parties (D.I. 34 at 2; D.I. 36):

Appellants' Opening Brief – November 8, 2019

Appellees' Answering Brief – December 9, 2019

Appellants' Reply Brief – December 20, 2019.

_____
The Honorable Maryellen Noreika
United States District Court