IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE ZOHAR III, Corp., *et al.*, | ) | Chapter 11 |
| | ) | Case No. 18-10512 (KBO) |
| Debtors. | ) | (Jointly Administered) |
| LYNN TILTON, *et al.*, | ) | |
| | ) | |
| Appellants, | ) | |
| | ) | |
| v. | ) | C.A. No. 19-1874 (MN) |
| | ) | |
| ZOHAR III, CORP., *et al.*, | ) | |
| | ) | |
| Appellees. | ) | |

## **ORDER**

At Wilmington this 13th day of July 2020:

For the reasons set forth in the Memorandum Opinion issued on this date, IT IS

HEREBY ORDERED that:

1.     The Bankruptcy Court's Order, dated September 27, 2019 (B.D.I. 974) is

AFFIRMED.

2.     The Clerk of the Court is directed to CLOSE Civ. No. 19-1874-MN.


_____
The Honorable Maryellen Noreika
United States District Judge